

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHERYL HEIM                 :         CIVIL ACTION

         v.               :

LIFE INSURANCE COMPANY
OF NORTH AMERICA          NO. 10-1567



ORDER

AND NOW, this 22nd day of December, 2010, IT IS HEREBY ORDERED that

defendant's motion for protective order (Dkt. 10) is DENIED IN PART AND GRANTED IN

PART. Plaintiff is permitted to take the deposition of James Sharp to explore the conflict of

interest and bias of the defendant, and the defendant is protected from producing the

underwriting file for The Reading Hospital Medical Center.

BY THE COURT:

J. WILLIAM DITTER, JR., S.J.