IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERYL HEIM | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| LIFE INSURANCE COMPANY OF<br>NORTH AMERICA | : | NO.  10-1567 |

## ORDER

AND NOW, this  26th  day of April, 2012, it is hereby ORDERED that plaintiff's motion for attorneys' fees and costs (Dkt. 35) is GRANTED as follows:

1. Plaintiff is awarded $45,447.20 to Wolgemuth & Dunlap for fees and costs.

2. Plaintiff is awarded $9,143.26 to Mogel, Speidel, Bobb & Kershner for fees and costs.

BY THE COURT:

/s/ J. William Ditter, Jr
J. WILLIAM DITTER, JR., J.